May 9, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

MARGARET STONE, Appellant

NO. 14-13-00247-CV                              V.

JEFFREY C. STONE, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on March 20, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Margaret Stone.

We further order this decision certified below for observance.